IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE,
ADC #108778                                                                            PLAINTIFF

v.                                             5:09CV00379HLJ

D. GOLDEN, et al.                                                                      DEFENDANTS

ORDER

By Order dated 18, 2010 (DE #7), this Court granted plaintiff's application to proceed in forma
pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too
vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or
states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days.
Following receipt of an extension of time, plaintiff has now submitted an amended complaint (DE #14).
Having reviewed the original and amended complaints, and construing them together, it now appears to
the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants. The Clerk of the
Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve
a copy of the original (DE #2) and amended complaints (DE #14) and summons on defendants in care of
the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550,
Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 16th day of April, 2010.


  /s/Henry L. Jones, Jr. 
United States Magistrate Judge