# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE,                                 PLAINTIFF
ADC #108778

v.                                  5:09-cv-00379-JLH-JTK

DARRYL GOLDEN, et al.                                                      DEFENDANTS

## **ORDER**

Plaintiff's Motion for an Extension of Time in which to file objections to the September 27, 2010 Partial Report and Recommendation (Doc. No. 79) is hereby GRANTED. Plaintiff's objections shall be filed by November 10, 2010.

IT IS SO ORDERED this 21st day of October, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE