# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE,
ADC #108778                                                                                          PLAINTIFF

v.                                        No. 5:09CV00379 JLH-JTK

D. GOLDEN, et al.                                                                                 DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Motion to Dismiss filed by Defendant O'Brien (Doc. No. 58) is GRANTED, and Plaintiff's allegations against Defendant are DISMISSED.

IT IS SO ORDERED this 3rd day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE