## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE,                                    PLAINTIFF
ADC #108778

v.                             No. 5:09CV00379 JLH-JTK

DARRYL GOLDEN, *et al*.                                                DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the plaintiff's motion for temporary restraining order and preliminary injunction, which this Court construes as a motion for preliminary injunctive relief, is DENIED. Document #72.

IT IS SO ORDERED this 29th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE