**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DON MERCELEANY R. MAXWELL/G-DOFFEE,                    PLAINTIFF
ADC #108778

v.                              No. 5:09CV00379 JLH-JTK

DARRYL GOLDEN, et al.                                  DEFENDANTS

## ORDER

     Plaintiff's Motion for Reconsideration of the Court's April 19, 2011, Order permitting

defendants to take the deposition of Princess Smith/G-Doffee and the Court's May 5, 2011, Order

denying plaintiff's motion to take the deposition of Princess Smith/G-Doffee is DENIED.  Document

#139.

     IT IS SO ORDERED this 18th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE