**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DON MERCELEANY R. MAXWELL/G-DOFFEE,
ADC #108778                                                                                             PLAINTIFF

v.                                     5:09-cv-00379-JLH-JTK

DARRYL GOLDEN, et al.                                                                 DEFENDANTS

**ORDER**

By Order dated April 16, 2010, this Court directed the issuance of summons and service of Plaintiff's Original and Amended Complaints on Defendants (Doc. No. 15). Summons was returned, unexecuted, with respect to Defendant Wilson on May 5, 2010 (Doc. No. 21). Included with the return and filed under seal was a memo containing Defendant Wilson's last-known address. Therefore, by Order dated April 8, 2011, this Court directed the re-issuance of summons and service of Defendant at the last-known address (Doc. No. 115). Again, summons was returned, unexecuted, on July 26, 2011, with a notation that his last-known address is filed under seal (Doc. No. 171). Therefore, the Court will make one last attempt to serve Defendant Wilson at that address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Wilson, and the United States Marshal is hereby directed to serve a copy of the summons and Original and Amended Complaints (Doc. Nos. 2, 14) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 29th day of July, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1