IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE,    PLAINTIFF
ADC #108778

v.           No. 5:09CV00379 JLH-JTK

DARRYL GOLDEN, *et al*.                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE