# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE,                                            PLAINTIFF
ADC #108778

v.                        No. 5:09CV00379 JLH-JTK

DARRYL GOLDEN, et al.                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for hearing and relief, which the Court construes as a motion for preliminary injunctive relief, is DENIED. Document #253.

IT IS SO ORDERED this 6th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE