**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DON MERCELEANY R. MAXWELL/G-DOFFEE                                                    PLAINTIFF
ADC #108778

v.                                        5:09CV00379-JLH-JTK

DARRYL GOLDEN, et al.                                                                          DEFENDANTS

## ORDER

This matter is before the Court on Defendant Cox's Motion for Summary Judgment (Doc. No. 269), to which Plaintiff has responded (Doc. Nos. 275-277.) Having reviewed the Motion and Responses, the Court finds, in the interest of justice, that additional information would be beneficial to its decision-making process. In particular, the Court requires additional information about the following: 1) Plaintiff's claim that Defendant retaliated against him by sharing the contents of Plaintiff's mail (including addresses of relatives) to other inmates; 2) Plaintiff's claim that Defendant retaliated against him by withholding mail sent to him from a non-incarcerated cousin, Tonya Pharmes. Therefore,

Defendant shall file a supplemental brief in support of his Motion, which includes all relevant evidence and legal citations addressing these issues, within fifteen days of the date of this Order. Plaintiff's response shall be filed within fifteen days of the date of Defendant's filing.

In addition, Plaintiff's Motion for Sanctions (Doc. No. 274) is DENIED. Defendant timely filed his Summary Judgment Motion on November 25, 2013 (Doc. No. 270), which was forty-five days from the date of the Order granting him such an extension (Doc. No. 265).

IT IS SO ORDERED this 16th day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE