IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE,                                    PLAINTIFF
ADC #108778

v.                          No. 5:09CV00379 JLH-JTK

DARRYL GOLDEN, et al.                                                 DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Cox's motion for summary judgment is GRANTED, and plaintiff's action is DISMISSED with prejudice. Document #269.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 18th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE