# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DON MERCELEANY R. MAXWELL/G-DOFFEE,                                   PLAINTIFF
ADC #108778

v.                              No. 5:09CV00379 JLH-JTK

DARRYL GOLDEN, et al.                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE